*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

**No. 20-BG-183**

IN RE JAMES MICHAEL FARRELL

**2017 DDN 14**

A Disbarred Member of the Bar of the
District of Columbia Court of Appeals

**Bar Registration No. 250878**

BEFORE: Glickman and Thompson, Associate Judges, and Washington, Senior Judge.

## O R D E R[1]
(FILED- April 1, 2021)

On consideration of the certified order from the state of Pennsylvania disbarring respondent from the practice of law in that jurisdiction by consent; this court's February 28, 2020, order suspending respondent pending resolution of this matter and directing him to show cause why reciprocal discipline should not be imposed; no response having been filed; the statement of Disciplinary Counsel; and it appearing respondent has not filed his D.C. Bar R. XI, §14(g) affidavit, it is

ORDERED that James Michael Farrell is hereby disbarred from the practice of law in the District of Columbia, *nunc pro tunc* to March 10, 2017. It is

FURTHER ORDERED that for purposes of reinstatement respondent's disbarment will not begin to run until such time as he files an affidavit that fully complies with the requirements of D.C. Bar R. XI, § 14(g).

## PER CURIAM

---

[1] This order amends the order issued on June 30, 2020, to reflect the effective date respondent's reciprocal discipline in the state of Pennsylvania.